IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>                Plaintiff,<br><br>vs.<br><br>A. HOGAN III, #2263 City of Omaha Officers; JOHATHAN B. GORDEN, #1927 City of Omaha Officers; MICHAEL J. MEYERS, #1307 City of Omaha Officers; and CHRISTOPHER S. MILLER, #2272 City of Omaha Officers;<br><br>                Defendants. | **8:23CV64**<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Request for an Extension. Filing No. 9. Plaintiff seeks additional time to pay his initial partial filing fee. However, the Court's records show that Plaintiff's initial partial filing fee payment of $6.25 was received on March 23, 2023. Accordingly,

IT IS ORDERED that:

1. Plaintiff's Motion for Request for an Extension, Filing No. 9, is denied as moot.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

2

Dated this 5th day of April, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge