IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>      Plaintiff,<br><br>vs.<br><br>A. HOGAN III, #2263 City of Omaha Officers; JOHATHAN B. GORDEN, #1927 City of Omaha Officers; MICHAEL J. MYERS, #1307 City of Omaha Officers; and CHRISTOPHER S. MILLER, #2272 City of Omaha Officers;<br><br>      Defendants. | 8:23CV64<br><br>ORDER |

  This matter is before the Court on the Motion for Extension of Time filed by Defendants A. Hogan III, Johathan B. Gorden, and Christopher S. Miller ("Defendants"). Filing No. 25. Defendants request a thirty-day extension of time to file a responsive pleading to Plaintiff's Amended Complaint. Upon consideration, Defendants' motion is granted.

  Defendants also indicate that no summons was issued to Defendant Michael J. Myers in accordance with the Court's December 16, 2024, Memorandum and Order, Filing No. 23. *See* Filing No. 25 at 1–2, ¶¶ 3–4. Accordingly, the Court will direct the Clerk of the Court to issue summons to Defendant Myers now.

  IT IS THEREFORE ORDERED that:

  1. Defendants' Motion for Extension of Time, Filing No. 25, is granted. Defendants shall have until **February 12, 2025,** to file a response to Plaintiff's Amended Complaint.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 12, 2025**: check for Defendants' response to Amended Complaint.

3. The Clerk of Court is further directed to complete a summons form and a USM-285 form for Defendant Michael J. Myers #1307 and forward them together with copies of Filing No. 21, Filing No. 20, and Filing No. 23 to the United States Marshals Service for service in accordance with the Court's December 16, 2024, Memorandum and Order, Filing No. 23.

Dated this 13th day of January, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge