IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>               Plaintiff,<br><br>vs.<br><br>A. HOGAN III, #2263 City of Omaha Officers; et al.,<br><br>               Defendants. | 8:23CV64<br><br>ORDER |

This matter is before the Court on case management. Defendants filed a motion for partial dismissal of Plaintiff's Complaint on February 7, 2025, with a supporting brief. Filing No. 28; Filing No. 29. Accordingly,

IT IS ORDERED that: The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 28, 2025**: deadline for Plaintiff to submit brief in opposition to motion for partial dismissal.

Dated this 10th day of February, 2025.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge