IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTAN J. KIMBROUGH,<br><br>        Plaintiff,<br><br>vs.<br><br>A. HOGAN III, #2263 City of Omaha Officers; et al.,<br><br>        Defendants. | 8:23CV64<br><br>**ORDER** |

    This matter is before the Court on case management. In accordance with the Court's July 23, 2025, order to show cause, Filing No. 43, Defendants filed a notice on July 30, 2025, informing the Court that Defendants re-served their motion for partial dismissal of Plaintiff's Complaint and supporting brief on July 29, 2025. Filing No. 44. Accordingly,

    IT IS ORDERED that:

    1.    Defendants have shown cause regarding service and Plaintiff's receipt of the motion for partial dismissal materials.

    2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **August 22, 2025**: deadline for Plaintiff to submit brief in opposition to motion for partial dismissal.

    Dated this 1st day of August, 2025.

                                                                BY THE COURT:

                                                               s/ Joseph F. Bataillon
                                                               Senior United States District Judge